IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY                                                              PLAINTIFF

v.                          No. 3:15-cv-214-DPM

LINDA STEPHENS; PATRICIA DOBBINS;
and CORNELIUS DOBBINS, III                                         DEFENDANTS

ORDER

The Court notes and appreciates to the parties' joint motion for judgment on the pleadings. № 6. The motion is granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 September 2015