# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY**                                                      **PLAINTIFF**

v.                                 **No. 3:15-cv-214-DPM**

**LINDA STEPHENS; PATRICIA DOBBINS;
and CORNELIUS DOBBINS, III**                                 **DEFENDANTS**

## JUDGMENT

Nationwide Mutual Fire Insurance Company owes no defense or

indemnity obligation to Linda Stephens in the state court lawsuit

concerning policy number 63 03 HO 548168.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_8 September 2015_